In the Matter of EDWARD G. TORRONE, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Motion for leave to appeal to the Court of Appeals withdrawn pursuant to stipulation. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante*, p. 813.]

■

JAMES A. ANDREWS, Respondent, v. SAMUEL LEBIS et al., Defendants, and BROOKLYN TRUST COMPANY, Individually, Appellant.— Defendant Brooklyn Trust Company, individually, appeals from so much of an order as denied its motion under subdivision 4 of rule 106 of the Rules of Civil Practice to dismiss the third cause of action of a second amended supplemental complaint, which cause of action alleged that the appellant conspired with respondent's customer to prevent him and did prevent him from earning a commission for the sale of real property. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ., concur.

■

JAMES A. ANDREWS, Respondent, v. SAMUEL LEBIS, Appellant, et al., Defendants.— Defendant Samuel Lebis appeals from an order which denied his motion under subdivision 4 of rule 106 of the Rules of Civil Practice to dismiss the second amended supplemental complaint and the third cause of action therein. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ., concur.

■

ROBERT C. AURISY, Plaintiff, v. HUNTLEY ESTATES, INC., Defendant and Third-Party Plaintiff-Respondent. KROOP & COMPANY, INC., Third-Party Defendant-Appellant.— In an action to recover damages for personal injuries, order denying the motion of the third-party defendant to dismiss the third-party complaint for insufficiency affirmed, with $10 costs and disbursements. The third-party defendant shall serve the answer to the third-party complaint within ten days from the entry of the order hereon. No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.